UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00178 |
| | ) | Judge Sharp |
| TRENTON RHODES | ) | |

**MOTION TO EXTEND DATE TO REPORT FOR SERVICE OF SENTENCE**

**COMES NOW** the Defendant, **Trent Rhodes**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order extending the time for Defendant Rhodes to report for service of his sentence of incarceration from July 8, 2013 to, and including, August 8, 2013. In support hereof, Defendant Rhodes states as follows:

1. On June 10, 2013, Defendant Rhodes appeared for a Sentencing Hearing before this Honorable Court, and at the conclusion of the Hearing, the Court pronounced that Defendant Rhodes was to serve a sentence of twenty-nine (29) months imprisonment and recommended the RDAP program and housing at the FPC in Pine Knot, Kentucky. (Docket Entry 24). The Court ordered that Defendant Rhodes was to self-report for service of his sentence on July 8, 2013.

2. As of the date of this filing, the Judgment and Commitment Order with sealed statement of reasons has not been entered on the docket. Therefore, the U.S. Marshal Service has no documentation to submit to the Bureau of Prisons, and no designation of prison facilities has been made. Without a designation, Defendant Rhodes cannot report for service of his sentence to his "designated" facility.

3. Defendant Rhodes requests an extension of his report so that the Court can issue a